

**Entered on Docket
June 26, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Deborah D. Williamson<br>Texas State Bar No. 21617500<br>dwilliamson@coxsmith.com<br>**COX SMITH MATTHEWS INCORPORATED**<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>Telephone:    (210) 554-5500<br>Facsimile:    (210) 226-8395 | David Bryant<br>Texas State Bar No. 03281500<br>dbryant@coxsmith.com<br>**COX SMITH MATTHEWS INCORPORATED**<br>1201 Elm Street, Suite 3300<br>Dallas, Texas 75270<br>Telephone:    (214) 698-7700<br>Facsimile:    (214) 698-7899 |
| James Macdonald<br>Idaho State Bar No. 7257<br>*james@ejame.com*<br>**ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & McHUGH, CHARTERED**<br>123 South Third Street, Second Floor<br>P.O. Box 1049<br>Sandpoint, Idaho 83864<br>Telephone:    (208) 263-8517<br>Facsimile:    (208) 263-0759 | Bruce A. Anderson<br>Idaho State Bar No. 3392<br>*brucea@ejame.com*<br>**ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & McHUGH, CHARTERED**<br>1400 Northwood Center Court, Suite C<br>Coeur d'Alene, Idaho 83814<br>Telephone:    (208) 667-2900<br>Facsimile:    (208) 667-2150<br><br>**ATTORNEYS FOR FORD ELSAESSER, INTERIM CHAPTER 11 TRUSTEE** |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**JOSEPH D. MILANOWSKI,**<br><br>                    Alleged Debtor. | Chapter 11 – Involuntary<br><br>Case No. BK-S-07-13162-LBR<br><br>**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF LOCAL COUNSEL PURSUANT TO LOCAL RULE IA 10-2(d)** |

    Came on for consideration the *Motion to Waive Requirement of Local Counsel Pursuant to Local Rule IA 10-2(d)* (the "Motion") filed by Ford Elsaesser, the Interim Trustee (the "Trustee") for the estate of Joseph D. Milanowski (the "Debtor"). The Court also considered the

6/25/2007  10:21 AM
2087298.1

*Affidavit of Thomas Rice in Support of Motion to Waive Requirement of Local Counsel Pursuant to Local Rule IA 10-2(d)* (the "Rice Affidavit") filed in support of the Motion.  The Court finds and concludes that due to the potential conflicts of interest caused by the number of counsel previously involved in the numerous related cases and the experience of both Cox Smith Matthews Incorporated ("CSM") and Elsaesser Jarzabek Anderson Marks Elliott & McHugh, Chartered (the "Elsaesser Firm"), that the relief requested in the Motion should be granted.

IT IS HEREBY ORDERED that the requirement that the Trustee retain local counsel in the above-styled bankruptcy case is hereby waived pursuant to LR IA 10-2(d).

PREPARED AND RESPECTFULLY SUBMITTED BY:

**COX SMITH MATTHEWS INCORPORATED**

By: _/s/ Deborah D. Williamson_
    Deborah D. Williamson
    Texas State Bar No. 21617500
    Thomas Rice
    Texas State Bar No. 24025613

**ATTORNEYS FOR FORD ELSAESSER, INTERIM CHAPTER 11 TRUSTEE**

☒ APPROVED  ☐ /DISAPPROVED:

Office of the United States Trustee

By: _/s/ August B. Landis_
    August B. Landis, Esq.

# # #